UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>OLEKSIY SHARAPKA     )<br>) | CRIMINAL NO. 04-MJ-00260-JLA |

## MOTION TO CONTINUE ARRAIGNMENT

Now comes OLEKSIY SHARAPKA, defendant herein, and requests this Court continue the arraignment currently set for Thursday, January 6, 2005 at 2:30 p.m. to Wednesday, January 12, 2005 at 10:15 a.m. or such other time convenient to the Court and interested parties.

The government does not oppose this request.

Respectfully submitted,
**OLEKSIY SHARAPKA,**
By his attorney,

*George F. Gormley*
George F. Gormley
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02210
(617) 478-2750
BBO No. 204140

Dated: